JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| EFRAIN MORALES, | ) | No. CV 12-02060-AG (VBK) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| M. BITER, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Findings and Recommendations of the United States Magistrate Judge,

**IT IS ADJUDGED** that the Petition for Writ of Habeas Corpus is dismissed with prejudice.

DATED: June 30, 2013

ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE